United States Courts
Southern District of Texas
FILED
*September 17, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CASE NO. 4:26-cr-599** |
| | § | |
| **SHERRY LYNN FREUDE,** | § | |
| ***Defendant.*** | § | |

## INFORMATION

The United States Attorney for the Southern District of Texas charges:

### COUNT ONE
(Theft of Government Property)

1. From on or about May 1, 2020, and continuing through on or about November 1, 2025, within the Southern District of Texas and elsewhere, the defendant, **SHERRY LYNN FREUDE**, did knowingly and willfully embezzle, steal, purloin, and convert to her own use and benefit money and property belonging to the United States and a department and agency thereof in a total amount not more than $1,000, to wit: Social Security Administration ("SSA") retirement benefit payments to which Defendant was not entitled to.

**In violation of 18 U.S.C. § 641.**

AARON F. REITZ
United States Attorney

By: *Javier Perez*
Javier Perez
Special Assistant United States Attorney
United States Attorney's Office
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
713-567-9000
Javier.perez@usdoj.gov